[No. 23606–7–I. Division One. November 27, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. ERNESTO PEREZ GARCIA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88–1–04725–8, Norman W. Quinn, J., entered January 23, 1989. *Dismissed* by unpublished per curiam opinion.

[No. 23790–0–I. Division One. November 27, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. RAY WETRICK, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82–1–02101–2, Lloyd W. Bever, J., entered February 22, 1989. *Dismissed* by unpublished per curiam opinion.

[No. 23369–6–I. Division One. November 27, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. NATHANIEL CRAVEN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88–8–04972–8, George T. Mattson, J., entered November 14, 1988. *Dismissed* by unpublished per curiam opinion.